UNITED STATES of America,
Plaintiff-Appellee,

v.

Inalves Gonzalez DELGADO,
Defendant-Appellant.

No. 17-13191
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(January 16, 2018)

Michael B. Billingsley, Jenny Lynn Smith, U.S. Attorney Service—Northern District of Alabama, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee

Inalves Gonzalez Delgado, Pro Se

Before MARCUS, JULIE CARNES and HULL, Circuit Judges.

PER CURIAM:

P. Russell Steen, appointed counsel for Inalves Gonzalez-Delgado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez-Delgado's convictions and sentences are **AFFIRMED**.